1  GREGORY A. HAVERKAMP, State Bar #259774
   BITWISE LAW
2  1430 Halibut Ct Unit C
   San Francisco, California 94130
3  Phone: 415-233-7066 / Fax: 415-233-7066
   Email: greg@bitwiselaw.com
4
   Attorney for Plaintiff
5  JOHN NEAL

6

7

8                  UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12 | JOHN NEAL,                                    | Case No.: 3:10-cv-03960-EMC
13 |         Plaintiff
14 |         vs.                                   | REQUEST TO CONTINUE INITIAL
                                                   | CASE MANAGEMENT CONFERENCE
15 | TOWN OF SAN ANSELMO, a municipal              | AND [~~PROPOSED~~] ORDER
   | corporation; KEVIN MCGOON, individually
16 | and in his official capacity as a police officer
   | for the TOWN OF SAN ANSELMO; ERIK
17 | MASTERSON, individually and in his official
   | capacity as a police officer for the TOWN OF
18 | SAN ANSELMO; and CHARLES
   | MAYNARD, in his official capacity as Chief
19 | of Police for the TOWN OF SAN ANSELMO,
20 |         Defendants

21

22       Plaintiff, by and through counsel, respectfully requests that the Initial Case Management

23 Conference in this matter, currently scheduled for December 15, 2010, be continued to a date

24 convenient to the court on or after January 26, 2011.

Request to continue initial case management conference and [PROPOSED] Order  -  1

1     As of the date of this request, no defendant has yet appeared, and no responsive pleadings

2 have been filed.  Because all defendants waived service, with waivers served on October 27,

3 2010, responsive pleadings are not required until December 27, 2010.  Plaintiff believes that

4 waiting until defendants have appeared and answered will best serve the parties and the Court.

5     Accordingly, plaintiff hereby requests that the Initial Case Management Conference be

6 continued to a date on or after January 26, 2011, and that all associated deadlines be adjusted

7 accordingly.

8     Respectfully submitted,

9 Dated: November 24, 2010    BITWISE LAW

10

11

    _____
12     Gregory A. Haverkamp
    Attorney for Plaintiff

13

14 **[PROPOSED] ORDER**

15

16     THE COURT HEREBY finds good cause exists to continue the Initial Case Management

17 Conference currently scheduled for December 15, 2010, at 1:30 p.m. to __2/9/11__, at 1:30

18 p.m.   A joint CMC statement shall be filed by 2/2/11.  Plaintiff is ordered to serve a copy of
   this order upon defendants immediately.
19    IT IS SO ORDERED.

20 Dated: __11/30/10__     _____

21

22     IT IS SO ORDERED AS MODIFIED
    Judge Edward M. Chen
23     UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA

24

Request to continue initial case management conference and [PROPOSED] Order - 2