STEVEN C. MITCHELL, ESQ., SBN 124644
GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
37 Old Courthouse Square, Fourth Floor
Santa Rosa, California  95404
Telephone:  707/545-1660
Facsimile:  707/545-1876

Attorneys for Defendants
TOWN OF SAN ANSELMO, KEVIN MCGOON,
ERIK MASTERSON and CHARLES MAYNARD

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN NEAL, | CASE NO.:  CV 10 3960 PJH |
| Plaintiff, | (Unlimited Jurisdiction) |
| v. | **STIPULATION FOR DISMISSAL BY PLAINTIFF AS TO ENTIRE ACTION FRCP 41(a)(1)** |
| TOWN OF SAN ANSELMO, a municipal corporation; KEVIN MCGOON, individually and in his official capacity as a police officer for the TOWN OF SAN ANSELMO; ERIK MASTERSON, individually and in his official capacity as a police officer for the TOWN OF SAN ANSELMO; and CHARLES MAYNARD, in his official capacity as Chief of Police for the TOWN OF SAN ANSELMO, | Honorable Phyllis J. Hamilton |
| Defendants. | |

///
///
///
///
///
///
///
///

- 1 -
Stipulation for Dismissal by Plaintiff as to Entire Action FRCP 41(a)(1)

1  TO THE HONORABLE PHYLLIS J. HAMILTON OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by and through their respective counsel of record, that pursuant to the terms of the settlement reached between the parties, the entire action filed by plaintiff John Neal is and shall be voluntarily dismissed with prejudice, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1), as to all defendants.

DATED: April 26, 2011            BITWISE LAW

                                 By   /s/   Gregory A. Haverkamp
                                      GREGORY A. HAVERKAMP
                                      Attorney for Plaintiff
                                      JOHN NEAL

DATED: April 26, 2011            GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.

                                 By   /s/   Steven C. Mitchell
                                      STEVEN C. MITCHELL
                                      Attorneys for Defendants
                                      TOWN OF SAN ANSELMO, KEVIN MCGOON, ERIK MASTERSON and CHARLES MAYNARD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Phyllis J. Hamilton

4/28/11

LAW OFFICES OF
GEARY, SHEA, O'DONNELL GRATTAN & MITCHELL P.C.